UNITED STATES DISTRICT COURT
DISTRICT MAINE

| | |
|---|---|
| STACEY DAY, GREGORY HOAR, AND MICHAEL CROCKETT )<br><br>Plaintiffs )<br><br>v. )<br><br>TOWN OF BUXTON, BUXTON POLICE DEPARTMENT AND BUXTON CHIEF OF POLICE MICHAEL S. GROVO, BUXTON POLICE OFFICER ANDREW WARD, BUXTON POLICE OFFICER KEVIN COLLINS, AND BUXTON POLICE OFFICER JASON JOINER, )<br><br>Defendants | CIVIL NO. 2:16-cv-00377-JHR |

## STIPULATION OF DISMISSAL

NOW COMES the parties, Plaintiffs Stacey Day, Gregory Hoar and Michael Crockett by and through undersigned counsel, Karen Wolfram, Esq., Defendant Buxton Police Officer Andrew Ward by and through undersigned counsel, John J. Wall, III, Esq., and Defendants Town of Buxton, Buxton Police Department, Buxton Chief of Police Michael S. Grovo, Buxton Police Officer Kevin Collins and Buxton Police Officer Jason Joiner by and through undersigned counsel Edward R. Benjamin, Jr., Esq., and stipulate pursuant to Federal Rule of Civil Procedure 41(a) to dismissal of this action with prejudice and without costs to any party.

Dated at Kennebunk, Maine this 10th day of February 2017.

/S/ Karen Wolfram
Karen Wolfram, Esq. (Bar No: 9312)
Attorney for Plaintiffs

                Maine Legal Associates, P.A.
                Fairfield & Associates, P.A.
                11 Main Street, Suite 1
                Kennebunk, ME
                (207) 985-1199
                Karen@fairfieldandassociates.com


                /S/ John J. Wall, III
                Attorney for Defendant, Andrew Ward
                MONAGHAN LEAHY, LLP
                95 Exchange Street, P.O. Box 7046
                Portland, ME 04112-7046
                (207) 774-3906
                jwall@monaghanleahy.com

                /S/ Edward R. Benjamin, Jr.
                Attorney for Defendants, Town of Buxton, Buxton Police Department, Michael S. Grovo, Kevin Collins, and Jason Joiner
                Drummond Woodsum,
                84 Marginal Way, Suite 600
                Portland, ME 04101-2480
                (207) 772-1941
                ebenjamin@dwmlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on February 10, 2017, I electronically filed the Stipulation of Dismissal using the CM/ECF system, which will send notification of such to me and the following other counsel of record: ebenjamin@dwmlaw.com; kpark@dwmlaw.com; jwall@monaghanleahy.com.

    Dated at Kennebunk, Maine this 10th day of February, 2017.

<p style="padding-left: 40%;">
/s/ Karen E. Wolfram<br>
Karen E. Wolfram, Esq. (Bar No: 9312)<br>
Attorney for Plaintiffs<br>
Maine Legal Associates, P.A.<br>
11 Main Street - Suite 1<br>
Kennebunk, Maine 04043<br>
207-985-1199<br>
Karen@fairfieldandassociates.com
</p>